UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JULIO CESAR SILVA RODRIGUEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 5:26-cv-03631-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

(1) The Petition is granted, in part, with Respondents ORDERED to provide Petitioner **Julio Cesar Silva Rodriguez (A# 221 462 772)** an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of this Order, **with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision**; if no such hearing is provided within seven (7) days, Respondents shall immediately

release Petitioner from custody, subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to reasonably assure Petitioner's appearance as required at future immigration proceedings and to protect the community.

(2) The Petition is denied in all other respects without prejudice.

Dated: July 14, 2026 ________

JOHN D. EARLY
United States Magistrate Judge